[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED

JUL 2 2 2019

THOMAS ~ BRUTON
CLERK, U.S. DISTRICT COURT

Alicia Fay Young +
Lyda Hadnall
6624 Trenton Ave, Rockford, Illinois
(Enter above the full name
of the plaintiff or plaintiffs in          61102
this action)

vs.

Case No     19-50165
(To be supplied by the Clerk of this Court)

Judge: Francis
Martinez
400 W. State Street
Rockford, Illinois
61101

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
              **U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
              **28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Lydia Hudnull + Alicia Young

B. List all aliases: None

C. Prisoner identification number: N/A

D. Place of present confinement: N/A

E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Judge Francis Martinez

Title: Judge (State)

Place of Employment: Circuit Court, Rockford Illinois

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                           Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _None at All!_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D. List all defendants: _____

_____

_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

_____

G. Basic claim made:_____

_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

U.S State Judge Francis Martinez of Reckford, Illinois County Was extremly Bias in Handeling My Case With my children in Rockford County's Foster Care System on June-27 2019! He over looked all my Testimony That Was given He Sided With the #2 DCFS Workers involved in This Case! Tonya Burns & Sherry Brown of Rockford, Illinois. They Treated me Harshly Belitting Me and Slandering my Mother's Name Whom He Never ever met! My Civil Rights to give Testimony Was Trampled on! It Was Unethical! I Was attacked By Iudge Martinez With Legal Terminology That Wasn't True! He Refused To Consider my Mother's Words & Alicia Young of Support Speaking on my behalf! It Was a Nightmare! The Iudge Stated my 2 Small Children

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Ages 3+4 Was Better off in Foster Care Instead of Being Home With me or — Placed With my mother Until This Case is Resolved! I Was Bullied by This State Judge Francis Martinez and These State Appointed Attorneys + DCFS Workers!

I Want my Children Home With me or Placed With my Mother Alicia Young Whose Been Supporting me Through This Case! Judge Martinez Was Heatless and Cold Stating / Agreeing my Children Should Be put up for "Adoption!" My Mother Alicia Young Worked for the Milwaukee Public School System in Special Education for years! He Stated my Children shouldn't Be Placed with my Mother Either! She's Been Helping Me get Through All This! Please Help Me and Investigate This State Judge: Francis Martinez! His Behavior Was Unethical + Bias + Unprofessional! His Behavior along With These State Workers is a Abuse of Authority + power!

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To overturn The accusations and Arguments That Judge Francis Martinez Made Against me and my mother Alicia Young! I want my Children Back he Acts like he's Punishing me + my family withholding my Children Its an Abuse of Authority + power! He Needs to Be Investigated

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO ? Not Sure yet. Want to resolve This

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this July day of 18th, 20 19

Lydia Hudnell., Alicia Young
Lydia Hudnall, Alicia Young
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

624 Trenton Ave.
Rockford, Illinois, 61102
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:19-cv-50165 Document #: 1 Filed: 07/22/19 Page 7 of 7 PageID #:7

Lydia Hud Null
624 Trenton, Ave
Rockford. Illinois
61102

MILWAUKEE WI 530

18 JUL 2019 PM 3 FOREVER
USA

Barn Swallow

Office of Clerk of The U.S_
District Court United states—
Courthouse
Rockford, Illinois 61101

61101 9999